CAH: USAO 2024R00484
TMS 11/18/24

USDC- BALTIMORE
'24 NOV 21 PM 1:13

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | <u>UNDER SEAL</u> |
| | * | |
| **v.** | * | CRIMINAL NO. JKB - 24-342 |
| | * | |
| **GEORGE EDWARD TOMASACK,** | * | **(Threats Against the Former President** |
| | * | **of the United States, 18 U.S.C. § 879;** |
| **Defendant** | * | **Threats Against Federal Officials, 18** |
| | * | **U.S.C. § 115(a)(1)(B); Forfeiture, 18** |
| | * | **U.S.C. § 981(a)(1)(C), 21 U.S.C.** |
| | * | **§ 853(p), 28 U.S.C. § 2461(c))** |

*******

## INDICTMENT

### COUNT ONE
### (Threat Against the Former President of the United States)

The Grand Jury for the District of Maryland charges:

On or about July 30, 2024, in the District of Maryland and elsewhere, the defendant,

## GEORGE EDWARD TOMASACK,

did knowingly and willfully threaten to kill and to inflict bodily harm upon Donald J. Trump, a former President of the United States, by making the following statement in a letter that he mailed to the Division of Corrections in Baltimore, Maryland: "I'm going to kill president Donald J trump in [sic] he will Die," in violation of Section 879 of Title 18 of the United States Code.

18 U.S.C. § 879

## COUNT TWO
### (Threats Against Federal Officials)

The Grand Jury for the District of Maryland further charges that:

On or about July 30, 2024, in the District of Maryland and elsewhere, the defendant,

### GEORGE EDWARD TOMASACK,

did threaten to murder Victim 1, an official with the United States Secret Service; Victim 2, an official with the United States Secret Service; and other unnamed United States officials and federal law enforcement officers, with intent to impede, intimidate, or interfere with such officials and law enforcement officers while they were engaged in the performance of their official duties, and with intent to retaliate against such officials and law enforcement officers on account of the performance of their official duties; specifically, the defendant made the following statement in a letter that he mailed to the Division of Corrections in Baltimore, Maryland: "I will kill [Victim 1] . . . also [Victim 2] in [sic] also I will blow up the Pentagon building the F.B.I. building the agent [sic] 5# people must Die. I'm a America terrorists [sic] from isis the F.B.I. knows about me very well I work with isis," in violation of Section 115 of Title 18 of the United States Code.

18 U.S.C. § 115(a)(1)(B)

## COUNT THREE
### (Threat Against the Former President of the United States)

The Grand Jury for the District of Maryland charges:

On or about August 4, 2024, in the District of Maryland and elsewhere, the defendant,

## GEORGE EDWARD TOMASACK,

did knowingly and willfully threaten to kill and to inflict bodily harm upon Donald J. Trump, a former President of the United States, by making the following statement in a letter that he mailed to an editor at *The Frederick News-Post* in Frederick, Maryland: "I'm going to kill President Donald J trump," in violation of Section 879 of Title 18 of the United States Code.


18 U.S.C. § 879

## COUNT FOUR
### (Threats Against Federal Officials)

The Grand Jury for the District of Maryland further charges that:

On or about August 4, 2024, in the District of Maryland and elsewhere, the defendant,

## GEORGE EDWARD TOMASACK,

did threaten to murder Victim 3, an official with the Federal Bureau of Investigation; Victim 4, an official with the Federal Bureau of Investigation; Victim 1, an official with the United States Secret Service; Victim 2, an official with the United States Secret Service; and other unnamed United States officials and federal law enforcement officers, with intent to impede, intimidate, or interfere with such officials and law enforcement officers while engaged in the performance of their official duties, and with intent to retaliate against such officials and law enforcement officers on account of the performance of their official duties; specifically, the defendant made the following statement in a letter that he mailed to an editor at *The Frederick News-Post* in Frederick, Maryland: "I'm going to kill . . . [Victim 3] in [sic] [Victim 4] in [sic] also [Victim 1] [Victim 2] and I well assassination [sic] all of these people must die for good I well love isis for life . . . I'm going to blow up the building of the C.I.A. and the F.B.I. building also the Pentagon all of the agent must be kill in they must die for good," in violation of Section 115 of Title 18 of the United States Code.

18 U.S.C. § 115(a)(1)(B)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1.    Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 981(a)(1)(c), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the defendant's conviction under Counts Two or Four of this Indictment.

2.    Upon conviction of the offense alleged in Counts Two or Four of this Indictment, the defendant,

## GEORGE EDWARD TOMASACK,

shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

### Substitute Assets

3.    If, as a result of any act or omission of the defendant, any of the property described above as being subject to forfeiture:

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third person;

      c.    has been placed beyond the jurisdiction of the Court;

      d.    has been substantially diminished in value; or,

      e.    has been commingled with other property which cannot be subdivided without difficulty,

the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), shall

be entitled to forfeiture of substitute property up to the value of the forfeitable property described

above.

18 U.S.C. § 981(a)(1)(C)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

_Erek Barron /CAH_

Erek L. Barron
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

_11/21/2024_

Date