

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN THE MATTER OF THE INDICTMENT AND ARREST WARRANT AGAINST GEORGE TOMASACK | Case No. JKB-24-342<br><br>**Filed Under Seal** |

## GOVERNMENT'S MOTION TO SEAL

Comes now the United States of America, by and through its Attorneys, Erek L. Barron, United States Attorney for the District of Maryland and Christina A. Hoffman, Assistant United States Attorney for said District, and hereby moves this Honorable Court for an Order sealing the arrest warrant and indictment in this matter, and in support thereof states:

1. On or about November 21, 2024, the grand jury for the District of Maryland returned an indictment charging George TOMASACK with two counts of threatening a former President of the United States, in violation of 18 U.S.C. § 879, and two counts of threatening federal officials, in violation of 18 U.S.C. § 115.

2. The defendant is not aware of the federal investigation or the indictment and arrest warrant against him. Until very recently, the defendant was incarcerated at the Roxbury Correctional Institution in Hagerstown, Maryland, serving a state prison sentence. On November 20, 2024, the government learned that the defendant was scheduled to be released on November 21, 2024, prior to the scheduled indictment in this case.

3. Public disclosure of the indictment or arrest warrant for the defendant could therefore jeopardize the government's investigation by causing the defendant or his known and unknown co-conspirators to change patterns of behavior, move or destroy evidence, flee from prosecution, and/or influence witnesses to their criminal activities.

WHEREFORE, the government respectfully requests that the Indictment and arrest warrant, along with this motion and the Court's reasons for sealing, be sealed until further order of this Court.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: *Christina A. Hoffman*
Digitally signed by CHRISTINA HOFFMAN
Date: 2024.11.20 15:07:17 -05'00'

Christina A. Hoffman
Assistant United States Attorney
36 South Charles Street
Baltimore, Maryland 21201
410-209-4800